# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:10cv47

| | |
|---|---|
| DOVE AIR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | **FOR ATTORNEYS FEES** |
| FLORIDA AIRCRAFT SALES, LLC, ) | |
| and MARK H. O'BRIEN, ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| and ) | |
| ) | |
| FLORIDA AIRCRAFT SALES, LLC, ) | |
| ) | |
| Third Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOSEPH W. DUNCAN, ) | |
| ) | |
| Third Party Defendant. ) | |
| _____) | |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that in accord with the Order allowing attorneys fees that is entered contemporaneously herewith, Judgment in the amount of Eighty-Eight Thousand Five Hundred Eighty-Three Dollars and Twenty-Five Cents

($88,583.25) is hereby entered in favor of Florida Aircraft Sales, LLC and against Dove Air, Inc. and Joseph W. Duncan, jointly and severally, said amount being in addition to the Judgment previously entered in this matter.

Signed: October 18, 2011

Martin Reidinger
United States District Judge